# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

**DANIEL S. KIRSCHENBAUM, Ph.D.,**

      Plaintiff,

  v.

**ELIZA KINGSFORD; PENGUIN**
**RANDOM HOUSE, LLC; and**
**RODALE, INC.,**                                    **JURY TRIAL DEMANDED**

      Defendants.

---

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

---

COMES NOW the Plaintiff, Daniel S. Kirschenbaum, Ph.D. ("Plaintiff" or "Dr. Kirschenbaum"), for his Complaint against Defendants Penguin Random House, LLC ("Penguin"), Rodale, Inc. ("Rodale"), and Eliza Kingsford ("Kingsford") (collectively "Defendants"), alleges as follows:


### I.      NATURE OF COMPLAINT

This is an action at law for copyright infringement brought under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.,* seeking money damages pursuant to 17 U.S.C. § 504, permanent injunction pursuant to 17 U.S.C. § 502, and attorneys' fees pursuant to 17 U.S.C. § 505.

1

## II.     JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. § 1338 because this suit arises under the 1976 federal Copyright Act and, therefore, presents questions of federal law to be resolved.

This Court has personal jurisdiction over the Defendants because each has violated Dr. Kirschenbaum's copyright interests in Dr. Kirschenbaum's copyright-protected works, and, on information and belief, each has established deliberate contacts with this state sufficient to permit and justify the exercise of personal jurisdiction over each.

The District of Colorado is a proper venue for the adjudication of this dispute pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## III.     THE PARTIES

Dr. Kirschenbaum is an individual beyond the age of majority, domiciled, and residing in the State of Georgia.

Defendant Eliza Kingsford ("Kingsford") is an individual beyond the age of majority, domiciled and residing in Boulder, Colorado. Kingsford purports to have a residence or office at 64 Pima Ct., Boulder, Colorado 80303.

Defendant Penguin Random House, LLC ("Penguin") is a corporate entity organized under the laws of the State of Delaware, registered to conduction business in Colorado as a foreign limited liability company, maintaining an office at 10807 New Allegiance Drive, Suite 500, Colorado Springs, Colorado 80921, in this District, and is engaged in the publication and distribution of books and audiobooks throughout the United States, including within the states of

New York, Georgia, Colorado and internationally.

Defendant Rodale, Inc. ("Rodale") is a corporate entity organized under the laws of the state of Pennsylvania, conducting business within this District, and engaged in the publication and distribution of books throughout the United States, including within the states of New York, Georgia, Colorado and internationally.

## IV.    FACTS

### a.  Dr. Kirschenbaum's Background

1.      Dr. Kirschenbaum is a licensed clinical psychologist, as well as a fellow and diplomate in clinical health psychology in the American Psychological Association.

2.      Dr. Kirschenbaum has served as a professional consultant on weight loss to professional journals and several major corporations (*e.g.*, National Academy of Sports Medicine; Sandoz Nutrition; WebMD; Weight Watchers). He has also provided invited talks at many professional conferences worldwide and received numerous grants for research in the weight loss field.

3.      Dr. Kirschenbaum has written 12 books and 145 journal articles and book chapters on weight loss, sport psychology, and related topics, including, but not limited to, his two books that are the subject of this copyright infringement complaint: *The 9 Truths about Weight Loss*: T*he No-Tricks, No-Nonsense Plan for Lifelong Weight Control* (2000) (hereinafter *"9 Truths"*) and *Athlete, Not Food Addict:  Wellspring's Seven Steps to Weight Loss* (2014) (hereinafter *"Athlete"*).

4.      In 2000, the American Council on Exercise and its board of directors

3

unanimously endorsed Dr. Kirschenbaum's book, *9 Truths*, describing it as "the best book ever written for the public on how to lose weight and keep it off."

### b. Dr. Kirschenbaum's Copyrighted Works

5.      Dr. Kirschenbaum is the author and owner of all exclusive rights under copyright of the literary work entitled *9 Truths*.

6.      *9 Truths* is an original work of authorship that qualified for and is entitled to full protection under the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.,* and was registered with the U.S. Copyright Office under the title "The 9 Truths about Weight Loss: The No-Tricks, No-Nonsense Plan for Lifelong Weight Control" with the effective date of May 15, 2000, and Registration Certificate No. TX 5-185-696.

7.      Dr. Kirschenbaum is the author and owner of all exclusive rights under copyright of the literary work entitled *Athlete*.

8.      *Athlete* is an original work of authorship that qualified for and is entitled to full protection under the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.,* and was registered with the U.S. Copyright Office under the title "Athlete, Not Food Addict, Wellspring's Seven Steps to Weight Loss" with the effective date of October 14, 2014, and Registration Certificate No. TX 7-946-420 (*9 Truths* and *Athlete* shall collectively be referred to in this Complaint as the "*Copyrighted Works*").

9.      Dr. Kirschenbaum has been a serial publisher on self-regulation and weight loss strategies for 40 years with an emphasis on youth beginning in 1984. His regular and well-received publications in the area have produced a growing and valuable brand with each new

publication building on those before it and extending the brand and Dr. Kirschenbaum's reputation as a leader in the field. Only Dr. Kirschenbaum has the right to produce further derivative works capitalizing on his prior creative expression, coined terms, and expressed thematic approach.

### c. *Foundation for the Works*

10.     Dr. Kirschenbaum spent decades in clinical practice, doing research, and writing about weight management in connection with his creation of the Works.

11.     The *Copyrighted Works* collectively include four main themes:  Healthy Obsession, Biological Resistance, Long Term Success, and Self-Monitoring.

a.     ***Healthy Obsession*** - Dr. Kirschenbaum created the term "Healthy Obsession" after decades of clinical experience and research on self-regulation and weight management. He defined the term as follows: "A healthy obsession is a sustained preoccupation with the planning and execution of target behaviors to reach a healthy goal." (*Athlete* at p. 174).

b.     ***Biological Resistance*** - Dr. Kirschenbaum coined the term "Biological Resistance" to explain that more than a dozen biological factors resist successful weight management.  Dr. Kirschenbaum explained that Biological Resistance is a remnant from our hunter-gatherer lineage that can only be overcome by a Healthy Obsession – combined with knowledge about how best to eat, move, focus and manage stress to facilitate weight control. Dr. Kirschenbaum defined and explained Biological Resistance in the following key passages of his *Copyrighted Works*: "[A]thletes, like

weight controllers, must battle biological forces to achieve their goals." (*9 Truths* – Truth #1, pp. 3; 20); "Everyone who becomes overweight must overcome biological resistance that seems dead set on maintaining excess weight." (*Athlete*, p. 83); "Step 1- Understand the Biological Resistance to Weight Loss" (*Athlete*, p. 24); "Biology makes losing weight and keeping it off extremely difficult, even more so than 'everything else.'" (*Athlete*, p. 93).

c.      ***Long Term Success -*** Dr. Kirschenbaum coined the expressions "Weight Controllers" and "Long -Term Weight Controller (LTWC)" for those who pursue lifelong changes in attitudes and behaviors (i.e., Healthy Obsessions).  "Weight Controllers" was employed dozens of times in *9 Truths* and *Athlete.*  Examples of Dr. Kirschenbaum's use of this phrase include*:* "The Right Attitude: Healthy Obsession. That same healthy obsession applies to successful weight controllers." (*9 Truths,* p. 226); "For weight controllers, a healthy obsession is a very strong drive toward achieving the Wellspring's Plan's three simple goals: eating very low-fat, getting 12,000 steps per day, and self-monitoring 100%." (*Athlete,* p. 174).

d.      ***Self-Monitoring*** – Dr. Kirschenbaum's research revealed that highly consistent self-monitoring (systematic observation and recording of target behaviors) creates healthy obsessions – and is vital to successful weight management.  Dr. Kirschenbaum's *Copyrighted Works* embody his original creative expression of the theme's rules and principles.  *"*Self-monitoring is the single most important aspect of effective weight control." (*9 Truths*, p. 86); "This awareness tells you the single most important concept in self-monitoring: <u>Everything counts</u>!" (*9 Truths*, p. 108); "A

6

Healthy Obsession Starts with Self-monitoring." (*Athlete*, p. 175); "The key behavioral component for successful long-term weight control is self-monitoring, the systematic observation of key behaviors (eating and moving) and the recording of those observations." (*Athlete*, p. 176).

### d. *Dr. Kirschenbaum's and Defendant Kingsford's Roles at Wellspring*

12.    In 2004, Dr. Kirschenbaum co-founded Wellspring Camps ("Wellspring"), which quickly became the national leader in providing fitness and weight loss camps and the world's first boarding schools for overweight children, teens, and young adults.

13.    Dr. Kirschenbaum served in many leadership roles, including the positions of Clinical Director, Chief Program Officer, Vice President of Clinical Services, and President, during his employment at Wellspring until he left in February 2014.

14.    During Dr. Kirschenbaum's employment at Wellspring, Dr. Kirschenbaum was considered a leader in the weight loss field among his colleagues. While at Wellspring Dr. Kirschenbaum wrote numerous books and manuals based on his prior work and research of the essential components of a total weight loss system. These works formed the basis for Wellspring's weight loss curriculum.

15.    Defendant Kingsford was hired by Dr. Kirschenbaum as one of approximately 30 Behavioral Coaches for Wellspring Camps in 2007.

16.    From 2007 to 2014, Dr. Kirschenbaum supervised Defendant Kingsford and other lower-level and upper-level management Wellspring employees. During this time, Dr. Kirschenbaum served as a mentor and resource to Kingsford concerning weight management.

Many of Dr. Kirschenbaum's writings were required reading for Kingsford in her job development and functioning.

17.     As a result of Defendant Kingsford's close-working relationship with Dr. Kirschenbaum for over six years at Wellspring, Kingsford was well aware of Dr. Kirschenbaum's prior publications and had access to Dr. Kirschenbaum's works and, to a limited extent, parts of the initial drafts of his 2014 work: *Athlete*.

> (a)   On information and belief, Kingsford reviewed *Athlete* after its publication in 2014.

> (b)   Kingsford also had access to *9 Truths* and reviewed that book and portions thereof that were distributed to her and by her in her roles with Wellspring.

### e.  *The Infringing Works*

18.     On information and belief, during 2016, Defendant Kingsford and her co-author Debora Yost wrote a book titled *Brain-Powered Weight Loss*.

19.     On January 3, 2017, Defendant Rodale published the book in paper and electronic versions titled *Brain-Powered Weight Loss (*hereinafter referred to as "*Brain-Powered*"*)*.

20.     On January 6, 2017, Defendant Penguin Random House published the audiobook titled *Brain-Powered Weight Loss* (hereinafter referred to as *Brain-Powered Audio Version*). (Collectively *Brain-Powered* and the *Brain-Powered Audio Version* shall be referred to as the "*Infringing Works*").

21.     The *Infringing Works* are substantially similar to the *Copyrighted Works* and together constitute an unlawful derivative work.  In particular, the *Infringing Works* focus on the

8

same four key themes originated in the *Copyrighted Works*, namely, Healthy Obsession,

Biological Resistance, Self-Monitoring, and Long Term Success. In addition, the *Infringing*

*Works* capture the heart of the *Copyrighted Works* by mimicking Dr. Kirshenbaum's creative

expression, copying (verbatim in many cases) the most important passages from the *Copyrighted*

*Works*, and using a strikingly similar structure to the *Copyrighted Works*.

### f.   *Substantial Similarities of the Infringing Works to the Copyrighted Works*

22.    The following chart evidences the substantial similarities between the

*Copyrighted Works,* in turn, and the *Infringing Works*.

[SEE CHART BEGINNING ON NEXT PAGE]

## TEXT COMPARISONS BETWEEN WORKS

| The Copyrighted Work | The Infringing Works |
|---|---|
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 174<br><br>DEFINITION (heading, bottom of the page) "**A healthy obsession is a sustained preoccupation with the planning and execution of target behaviors to reach a healthy goal.**" (bold in the original). | *Brain Powered Wieght Loss*, Step 11, p. 209 (paper and audio versions)<br><br>"*Healthy Obsession: A preoccupation with the planning and execution of target behaviors used to reach a healthy goal.*" [italics in the original; subheading for the final chapter, "Step 11"] |
| *Athlete, Not Food Addict*, p. 174<br><br>"Knowing that your biology has turned against you and does not go on vacations…" | *Brain-Powered Weight Loss*<br><br>Step 2, p. 21 (paper and audio versions) "…Resistant Biology does not take a vacation."<br><br>Step 11, p. 213 (paper and audio versions) "…Resistant Biology never takes a vacation." |
| *Athlete, Not Food Addict*, p. 99<br><br> | *Brain-Powered Weight Loss*, Step 2, p. 20<br><br> |

10

| TEXT COMPARISONS BETWEEN WORKS | |
| --- | --- |
| **The Copyrighted Work** | **The Infringing Works** |
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 138<br><br>"Find lovable foods that love you back." | *Brain-Powered Weight Loss*, Step 6, p. 121 (paper and audio versions)<br><br>"Love foods that love you back." |
| *Athlete, Not Food Addict*, p. 108<br><br> | *Brain-Powered Weight Loss*, Step 1, p. 9 (paper)<br><br> |
| *Athlete, Not Food Addict*, pp. 109-110<br><br>"The Decision Balance Sheet should remain an active part of your weight control process. Please keep it handy or make copies so you can review it over and over." | *Brain-Powered Weight Loss*, Step 1, p. 8 (paper and audio versions)<br><br>"Keep this list in a prominent place where you can see it often." |
| *Athlete, Not Food Addict*, p. 154<br><br>4th of 8 "Keys to Eating to Lose Weight" is: "Stay calorie conscious." | *Brain-Powered Weight Loss*, Step 6, p. 109 (paper and audio versions)<br><br>"Principle No.3: Be Calorie Conscious at All Times" |

| TEXT COMPARISONS BETWEEN WORKS | |
| --- | --- |
| **The Copyrighted Work** | **The Infringing Works** |
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 209<br><br>Table 11-2<br>"Hungry?"<br><br>• Eating by others (e.g., parties)<br>• Emotions (e.g., stress, anger, frustration, boredom, etc.)<br>• Presence of foods, particularly highly appealing and attractive foods<br>• Talking about food<br>• Time of day and normal routines<br>• Tiredness | *Brain Powered Wieght Loss*, Step 3, p. 45 (paper and audio versions)<br><br>"Is it Hunger or Habit?"<br><br>• Daily routines and habits<br>• Boredom<br>• Seeing and smelling food<br>• Talking about food<br>• Being in the presence of food<br>• Fatigue<br>• Time of day<br>• Celebratory events<br>• Being around sugary or fatty foods<br>• Difficult emotions, such as anger, anxiety, grief, and sadness |
| *Athlete, Not Food Addict*, pp. 209-210<br><br>"Five Steps to Keep Lapses from Becoming Relapses: 5th step: Move On." | *Brain-Powered Weight Loss, Step 9*, p. 163 (paper and audio versions)<br><br>"Step 9: Prevent a Lapse from Becoming a Relapse."<br><br>"Now, get back on track and move on." |

| TEXT COMPARISONS BETWEEN WORKS | |
|---|---|
| **The Copyrighted Work** | **The Infringing Works** |
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Life-long Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *The 9 Truths about Weight Loss*, pp. 177-180<br><br>*Thirty High-Risk Situations and Thirty Coping Responses*<br><br>**Thirty High-Risk Situations** including:<br>• Getting home from work.<br>• Watching TV.<br>• Eating meals during the holidays (especially Halloween, Thanksgiving, Christmas, Hanukkah).<br>• Being in a bar, drinking alcoholic drinks.<br>• Wanting to eat something when only high-calorie foods are available.<br>• When you are bored.<br>• Picnics.<br>• Being at a party.<br>• Eating in a favorite restaurant.<br>• Attending business functions where food and drink are in abundance<br>• When someone brings high-fat foods into a meeting at your office (cookies, muffins, pizza).<br>• When you feel frustrated or angry.<br>• When you crave something specific like steak, French fries, real ice cream, or Oreos)."<br>*Only partial list included for comparison. | *Brain Powered Wieght Loss*, Step 6, pp. 193-195 (paper and audio versions - Note: Audio version is in designated Step but does not have page numbers)<br><br>"20 common high-risk scenarios and … [20] quick coping techniques."<br><br>"**Potential High-Risk Event** [sic]  - including<br>• Watching television<br>• Going to a happy hour<br>• Going to a party or an event in which there is only alcohol to drink and high fat foods to eat<br>• Big restaurant portions<br>• Home alone with nothing to do<br>• …family picnics<br>• Coming home late from work…<br>• You're craving an addictive food and you can't get the taste or image out of your mind<br>• Attending a meeting where there is food and you don't want to dig in<br>• Someone pushes your buttons and you explode with anger<br><br>*Only partial list included for comparison. |

## TEXT COMPARISONS BETWEEN WORKS

| The Copyrighted Work | The Infringing Works |
|---|---|
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Life-long Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017. <br><br> *Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| continued . . . <br><br> **Thirty Coping Responses** including: <br> • "Call or talk to someone (for example, a friend, brother sister)." <br> • "Keep a food diary." "Write an entry in a journal or diary . . ." <br> • "Eat some low-calorie snacks that will fill you up (for example, carrots, celery, plain popcorn)." <br> • "Spray breath freshener in your mouth or brush your teeth." <br> • "Tell yourself "Stop!" <br> • "Do something to relax (for example…take a shower or bath)" <br> • "Suggest going to a place that offers appropriate food choices." <br> • "Focus on an image of yourself as a thinner and healthier person who controls his or her eating very effectively." <br> • "Exercise" | continued . . . <br><br> "**Quick Coping Response**": <br><br> • "Call a friend…" <br> • "Keep on food jounaling" <br> • "Take your own low calorie popcorn…" <br> • "Carry breath freshener with you and take a spritz. Or, if possible, go brush your teeth." <br> • "Stop. Cope. Choose. Stop" <br> • "…take a relaxing bath…" <br> • "Consult your list of 'go to' restaurants with your healthy options already picked out." <br> • "Now, refocus on an image of yourself as a healthier person who has met her goals." |
| *The 9 Truths about Weight Loss*, p. 86 <br><br> "Most experts on helping people lose weight agree on at least one thing: Self-monitoring is the single most important aspect of weight control." | *Brain Powered Wieght Loss*, p. 106 (paper and audio versions) <br><br> "Study after study has found that the single most important tactic people use to achieve successful and sustained weight loss is to track their food and caloric intake in a food diary." |

| TEXT COMPARISONS BETWEEN WORKS | |
|---|---|
| **The Copyrighted Work** | **The Infringing Works** |
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Life-long Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017. *Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *The 9 Truths about Weight Loss*, p. 11 "When people develop excess weight, at any point in their lives, their **bodies become especially efficient and effective at maintaining higher than normal levels of fat.**" (emphasis added). | *Brain-Powered Weight Loss*, p. 23 (paper and audio versions) "Every time you gain weight, lose, and gain again, your **body becomes more efficient and effective at maintaining higher-than-normal levels of fat** – that's why it's called Resistant Biology." (emphasis added). |

**g.** ***Wholesale Willful Misappropriation of Original Material***

23.     The *Infringing Works* copy Dr. Kirschenbaum's original and creative choice of words, marshalling of facts, subject matter structure, and creative expression. For example, the *Infringing Works* use Dr. Kirschenbaum's coined terms "Healthy Obsession" 70 times, Biological Resistance" 26 times, and "Weight Controller" and/or "Long Term Weight Controller (LTWC)" 28 times, thereby inundating the *Infringing Works* with the core key creative expressions of the *Copyrighted Works*. In each instance, the *Infringing Works* use not only Dr. Kirschenbaum's original choice of words and core creative expression, but surround those terms with paraphrasing material from Dr. Kirshenbaum's *Copyrighted Works*.

24.     Because of the overwhelming adoption and duplication of the most important

15

words, expressions, diagrams, charts, and explanations repeatedly stressed in Dr. Kirschenbaum's *Copyrighted Works*, the substantial similarity of the *Infringing Works* is readily apparent to the ordinary observer.

25.     By reproducing the most important parts of the *Copyrighted Works*, the *Infringing Works* threaten to supersede and supplant those *Works*.

### h.  *Similar Structure and Market*

26.     The *Infringing Works* are commercial, for-profit books that focus on the identical topics and target the identical market as the *Copyrighted Works*. By touting Kingsford's affiliation with Wellspring, the *Infringing Works* appear designed to mislead consumers/purchasers into believing that these works were an authorized extension or update of the *Copyrighted Works.* This misimpression is further fostered by the *Infringing Works* use of similar organization, overall structure, original expression of core subjects, and repetitive coined terms.

27.     The *Copyrighted Works* and the *Infringing Works* appeal to the same highly concentrated market of young people fighting weight control issues and address weight-management techniques with the same insights employed by Dr. Kirschenbaum's four key themes.

28.     The *Infringing Wor*ks dilute and potentially hijack a niche market, which transitions with each new generation of young people facing weight control challenges. The *Infringing Works* threaten to supplant Dr. Kirschenbaum's established leadership role in in the weight management field by commercially exploiting Dr. Kirschenbaum's original and coined

16

terms, creative expressions, and original descriptions concerning revolutionary protocols in weight management, channeling a whole new generation of Long-Term Weight Controllers to follow Kingsford's work and her future works rather than the originator of the creative expression, Dr. Kirschenbaum.  For example, the key role of the created expression "healthy obsession" was emphasized in an Amazon book review by verified purchaser Kathryn Unruh on January 17, 2017, posted 14 days after the book was published. The reviewer stated:

> This is NOT another diet book! This is a book about finding your healthy obsession and I love it! This book is about being your healthiest self, learning mindfulness and self love.  Kingsford delivers some amazing tools to help you get to your goals! As someone who struggles with anxiety the sections on mindfulness was something I wasn't necessarily expecting, but was very appreciate of.  I will have this book on my shelf and return to it often.

29.     The *Infringing Works*' large-scale incorporation of the *Copyrighted Works*' core terms and key themes evidence the Defendants' purposeful intent to achieve market substitution in violation of Copyright laws.  The purposeful copying in the *Infringing Works* centered on the most interesting and moving parts of the *Copyrighted Works* – the heart of the books.

30.      Given the serial nature of Dr. Kirschenbaum's publications, the focus of the *Infringing Works* on the same niche market as the *Copyrighted Works* not only impacts sales of the *Copyrighted Works*, but also impacts the continuing value of his established weight loss brand.  A young audience is more susceptible to erroneously concluding that the *Infringing Works* constitute a new creative expression of Dr. Kirschenbaum's themes and arrangement, as they are less likely to have been exposed to Dr. Kirschenbaum's established works.

### i.  *Willful Infringement*

31.     Given Defendant Kingsford's close working relationship with Dr. Kirschenbaum

at Wellspring for almost seven years and Kingsford's exposure to the *Copyrighted Works*,

Defendant Kingsford's copying of the heart of the *Copyrighted Works* was willful.

32.     Prior to institution of this suit, Dr. Kirschenbaum ensured that the other

Defendants were cognizant of the intentional misappropriation of his works by their publications

by providing them with an overnight demand letter on June 22, 2017.  A true and accurate copy

of that letter is attached hereto and incorporated herein as **Exhibit A**.

33.     The publisher Defendants provided a written response on July 14, 2017, a true

and accurate copy of which is attached hereto and incorporated herein as **Exhibit B**.  This

responsive letter evidences the fact that the publishers did a limited investigation and determined

that they would persist in the publications, reserving their right to assert further defenses should

the matter be pursued.  By their unequivocal repudiation of any infringement, the publisher

Defendants have effectively affirmed their joint and several liability for the willful infringement

of Kingsford.  There are a number of statements made in the responsive letter which are incorrect

or irrelevant to Defendants' conduct.

## V.     RELIEF REQUESTED

### FIRST CLAIM FOR RELIEF
### (Copyright Infringement Under 17 U.S.C. §501)

34.     Dr. Kirschenbaum repeats and realleges the allegations in paragraphs 1 through

33 as if fully set forth herein.

35.     The *Copyrighted Works* are original works of authorship, and Dr. Kirschenbaum

is the sole and exclusive owner of all right, title and interest in and to the copyright in the

*Copyrighted Works*, as evidenced by his copyright Certificates of Registration.

18

36.     Each of the Defendants has acted directly, and in cooperation with the other Defendants, in the unauthorized copying, reproduction, distribution, and creation of a derivative work by misappropriation of the constituent, protectable elements of Dr. Kirschenbaum's original *Copyrighted Works*.

37.     Each of the Defendants had direct access to the *Copyrighted Works*, and, the *Infringing Works* are substantially similar to and a derivative of Dr. Kirschenbaum's *Copyrighted Works*.  Furthermore, after being put on notice of the infringement, publisher Defendants reviewed the referenced materials and other materials and persisted in the infringing conduct.

38.     Without authorization and in blatant violation of Dr. Kirschenbaum's exclusive rights as author of the *Copyrighted Works* under the Copyright Act of, 17 U.S.C. § 501, Defendants, acting individually and/or jointly, willfully copied, distributed and otherwise infringed Dr. Kirschenbaum's intellectual property interests in the *Copyrighted Works*.

39.     As a result of Defendants' willful acts of infringement alleged herein and in accordance with Section 504(b) of the Copyright Act, 17 U.S.C. § 504(b), Dr. Kirschenbaum is entitled to recover from Defendants, jointly and severally, the damages he has suffered as a result of the Defendants' infringement of the *Copyrighted Works*.

40.     In accordance with 17 U.S.C. § 504, with regard to the Works, Dr. Kirschenbaum is entitled to elect actual damages or statutory damages, including statutory damages for willful infringement and attorneys' fees, set by the Court and hereby explicitly elects to recover statutory damages.  The statutory damages for willful infringement of the *Copyrighted Works* is $150,000 for each infringed work, for which all Defendants are jointly and severally liable.

## SECOND CLAIM FOR RELIEF
### (Permanent Injunction)

41.     Dr. Kirschenbaum repeats and realleges the allegations in paragraphs 1 through 40 as if fully set forth herein.

42.     The damages and injuries Dr. Kirschenbaum alleges herein under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.,* constitute damages and injuries which are irreparable, ongoing, and for which there is no adequate remedy at law.

43.     The Defendants' violation of Dr. Kirschenbaum's copyright interests in the *Copyrighted Works* at issue and the injuries and damages resulting therefrom will continue if the Defendants are not permanently enjoined from further infringing Dr. Kirschenbaum's copyright interests.

44.     Therefore, Dr. Kirschenbaum is entitled to a permanent injunction pursuant to 17 U.S.C. § 502, prohibiting the Defendants from any future unauthorized exploitation of Dr. Kirschenbaum's *Copyrighted Works.*

## THIRD CLAIM FOR RELIEF
### (Attorneys' Fees Under Copyright Act of 1976, 17 U.S.C. § 505)

45.     Dr. Kirschenbaum repeats and realleges the allegations in paragraphs 1 through 44 as if fully set forth herein.

46.     Dr. Kirschenbaum specifically alleges entitlement to an award of costs and attorneys' fees associated with the prosecution of his rights in this action, pursuant to the Copyright Act of 1976, 17 U.S.C. § 505 and any other applicable provision therein.

## DEMAND FOR TRIAL BY JURY

Dr. Kirschenbaum respectfully demands a trial by jury of all issues and claims so triable in this civil action.

**WHEREFORE**, Dr. Kirschenbaum respectfully requests:

(a)     That Dr. Kirschenbaum be awarded statutory damages for infringement under the Copyright Act of 1976, 17 U.S.C. § 504 *et seq.,* on all claims asserted herein in an amount adequate to compensate him for the injuries and violations of his rights sustained by reason of Defendants' conduct as alleged herein, and that Defendants be held jointly and severally liable unto Dr. Kirschenbaum for such damages;

(b)     That Dr. Kirschenbaum be awarded reasonable attorneys' fees pursuant to the Copyright Act of 1976, 17 U.S.C. § 505;

(c)     That Dr. Kirschenbaum be awarded interest, including prejudgment interest, on the foregoing sums; and

(d)     That Dr. Kirschenbaum be awarded costs and such other and further relief as the Court may deem just and proper.

Respectfully submitted this 28 day of July 2017,

Michael L. Glaser
Law Offices of Michael L. Glaser, L.L.C.
1720 S. Bellaire Street, Suite 607
Denver, Colorado 80222
(303) 757-1600
mglaser@glaserlegal.com

21

Of Counsel:

Kirk W. Watkins
Georgia State Bar No. 740500
Davis, Zipperman, Kirschenbaum, & Lotito, LLP
918 Ponce de Leon Avenue
Atlanta, GA  30306
404 688-2000
kwatkins@dzkl.com

Marcy L. Sperry
Sperry IP Law LLC
3455 Peachtree Rd. NE, 5th Fl.
Atlanta, GA 30326
404-788-1976
marcy@sperryiplaw.com
***Attorneys for Plaintiff***