LAW OFFICES

**DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP**
A LIMITED LIABILITY PARTNERSHIP

918 PONCE DE LEON AVENUE, N.E.          **404 688-2000**
ATLANTA, GEORGIA 30306          FAX 404 872-1622

KIRK W. WATKINS
WWW.KWATKINSLAW.COM
EMAIL KWATKINS@DZKL.COM

E. MARCUS DAVIS, P.C.
BARRY L. ZIPPERMAN, P.C.
SETH D. KIRSCHENBAUM, P.C.
NICHOLAS A. LOTITO
STEVEN A. SUNA
CHRISTOPHER M. FARMER
PAUL E. BARTELS

OF COUNSEL
KIRK W. WATKINS, P.C.

June 22, 2017

*Via Federal Express*

Ms. Anke E. Steinecke
Executive Vice President, General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10106

Mr. Paul McGinley
Executive Vice President, General Counsel & Chief Administrative Officer
Rodale, Inc.
733 3d Avenue #6
New York, New York 10017

RE:     *Copyright Infringements of Dr. Daniel Kirschenbaum's Works*

Dear Ms. Steinecke and Mr. McGinely:

My firm of Davis, Zipperman, Kirschenbaum, & Lotito, LLP, and my colleague, Marcy Sperry of Sperry IP Law, LLC, have been retained by Dr. Daniel Kirschenbaum with regard to individual infringements of two of his works by your publications. Those works are *The 9 Truths about Weight Loss: The No-Tricks, No-Nonsense Plan for Lifelong Weight Control* (2000) (hereinafter the "*9 Truths*") and *Athlete, Not Food Addict: Wellspring's Seven Steps to Weight Loss* (2014) (hereinafter "*Athlete*") (collectively the "*Works*"). The *Works* embody Dr.Kirschenbaum's original research, creativity, and expression developed over decades of study, analysis, clinical practice, and refinement of his creative expression. On January 3, 2017, Rodale, Inc. ("Rodale"), published paper and electronic versions of *Brain-Powered Weight Loss* attributing authorship to Ms. Eliza Kingsford (the "*Rodale Infringing Work*"). On January 6, 2017, Defendant Penguin Random House LLC ("Penguin") published an audible version of *Brain-Powered Weight Loss* attributing authorship to Ms. Eliza Kingsford (the "*Penguin Infringing Work*"). The *Rodale Infringing Work* and the *Penguin Infringing Work* are hereinafter collectively referred to as the *Infringing Works*.

*9 Truths* was duly registered with the United State Copyright Office and was accorded Registration Certificate No. TX 5-185-696. *Athlete* was duly registered with the United State Copyright Office and was accorded Registration Certificate No. TX 7-946-420. The *Infringing Works* are substantially similar in their arrangement and content and each constitutes a derivative work of *9 Truths* and *Athlete*.

Penguin Random House, LLC
Rodale, Inc.
June 22, 2017
Page 2

Dr. Kirschenbaum helped launch Wellspring in 2004, as its Clinical Director and Chief Program Officer – the chief architect of its revolutionary dietary, activity, and cognitive-behavioral approach to help overweight young people lose weight.  By 2007 Wellspring through a network of weight loss camps and boarding schools garnered substantial national and international media attention (e.g., *Today Show; Good Morning America; Dateline; People* magazine) and became the leading provider of treatment services for overweight young people in North America.  In the spring of 2007, Dr. Kirschenbaum hired Ms. Eliza Kingsford (Ms. Kingsford) to serve as one of approximately 30 Behavioral Coaches.  As all Behavioral Coaches were required to do, Ms. Kingsford studied Dr. Kirschenbaum's approach to weight management, reading and demonstrating competency in the concepts, phrasings and materials created by Dr. Kirschenbaum.  Ms. Kingsford's studies focused on Dr. Kirschenbaum's books, including material from *9 Truths* and its subsequent revisions.

Over the subsequent seven years Ms. Kingsford worked for Wellspring under the supervision of Dr. Kirschenbaum.  Ms. Kingsford demonstrated proficiency in comprehending Dr. Kirschenbaum's published works; she also received Wellspring Newsletters authored by him, his more than 30 research publications about Wellspring, and attended many of his presentations about Wellspring.  As a part of Wellspring management, Ms. Kingsford also had access to Dr. Kirschenbaum's unpublished materials that were subsequently incorporated into *Athlete*.

Through her familiarity with Wellspring's marketing materials, Ms. Kingsford certainly knew that the American Council on Exercise's Board of Directors unanimously endorsed *9 Truths* in 2000 as:  "the best book ever written for the public on how to lose weight and keep it off."

The *Infringing Works* are clearly derivative works of *9 Truths* and *Athlete*.  The *Infringing Works* constitute a concerted effort to seize the heart of Dr. Kirschenbaum's books and the key creative expressions in those works to supplant them.  Ms. Kingsford lifted punchy creative phrases coined by Dr. Kirschenbaum and inundated her work with their repeated use.  For example, based on his decades of published research in scientific journals focused on related foundational themes (e.g., "obsessive-compulsive self-regulation"), Dr. Kirschenbaum coined and defined the phrase "Healthy Obsession."  Each of the infringing works uses the same definition of Healthy Obsession created by Dr. Kirschenbaum; Ms. Kingsford actually asserted repeatedly that she created this phrase and concept:  "... a type of resilience that I call Healthy Obsession" (at page xviii); "…a fortified will to achieve and maintain a healthy lifestyle, what I call Healthy Obsession" (at page 3).  In a most telling admission, Ms. Kingsford fully acknowledged on page xix: "Finding your healthy obsession is what this book is all about."

The *Infringing Works* each employs the exact key phrase "Healthy Obsession" 70 times.  Dr. Kirschenbaum also coined and defined the phrase "Biological Resistance" to explain what a resilient and consistent Healthy Obsession must overcome.  The *Infringing Works* copied that phrase 26 times.  In addition, Dr. Kirschenbaum coined two new additional related phrases to

Penguin Random House, LLC
Rodale, Inc.
June 22, 2017
Page 3

refer to those who seek to lose weight permanently: "Weight Controllers" and "Long-term Weight Controllers (LTWCs)". Those terms were misappropriated a collective total of 28 times in each of the *Infringing Works*.

Just these four phrases alone constitute verbatim copying in each of the *Infringing Works* of almost 300 words, which constituted key creative expressions of *9 Truths* and *Athlete*. The substantial similarity of the *Infringing Works* to *9 Truths* and *Athlete* is further apparent from the persistent crossing of the line of propriety expression without license or other authorization. The *Infringing Works* repeatedly surround the core terms lifted from Dr. Kirschenbaum's publications with paraphrased selections of Dr. Kirschenbaum's original choice of words, including frequent adoption of Dr. Kirschenbaum's arrangement and presentation (even including substantial duplication of images and forms). This wholesale theft of Dr. Kirschenbaum's creative expression is attributed to Ms. Kingsford, his former acolyte, as her original work without legitimate attribution to its source. There may be a new cover on the *Infringing Works,* a new title, and a few differences in general contents, but the heart and soul of the works are the same.

You are invited and directed to review Dr. Kirschenbaum's *Works* to confirm the representations made by this letter. This examination will reveal other remarkable parallels, incorporations, and structural similarities of the *Infringing Works*. A small number of these insights are shown in the chart I have enclosed to assist you in any analysis you choose to perform.

As you know Dr. Kirschenbaum, should he be required to bring a copyright infringement claim, would be entitled at a minimum to statutory damages and an award of costs and attorneys' fees under circumstances such as those found in this case. As you know, liability for copyright infringement of each work is joint and several. Your liability will be co-extensive with that of Ms. Kingsford, whose infringement was certainly willful. "To prove willfulness, plaintiffs must show that the infringer had actual or constructive knowledge that it was infringing plaintiffs' copyrights or else acted in reckless disregard of the high probability that it was infringing plaintiffs' copyrights." *Arclightz & Films Pvt. Ltd. v. Video Palace Inc.*, 303 F. Supp. 2d 356, 361-62 (S.D.N.Y. 2003).

Dr. Kirschenbaum makes the following settlement demand, which shall remain open for acceptance until July 14, 2017:

(1)  Payment in the amount of $60,000 be made to Dr. Kirschenbaum and delivered to the office of undersigned with the acceptance of this offer - said acceptance must be made in writing and received at the office address identified in this letter.

Penguin Random House, LLC
Rodale, Inc.
June 22, 2017
Page 4

(2)  An enforceable commitment to discontinue all sales, shipments, and deliveries of the *Infringing Works*, such that Rodale and Penguin provide an enforceable contractual assurance that no copies of the *Infringing Works* will be delivered to an end-user/consumer after July 21, 2017. Agreement that should further infringement by the *Infringing Works* occur by a delivery after that date, Dr. Kirschenbaum shall be contractually entitled to receive an additional $240,000, representing the balance of intentional statutory damages that he is otherwise foregoing by this settlement.

(3)  Agreement to this settlement shall not constitute a license for future publication of the *Infringing Works*, but shall constitute resolution of statutory damages.  However, should the *Infringing Works* be thereafter published, the settlement shall permit Dr. Kirschenbaum to pursue any balance of the $240,000 due under enumerated paragraph 2, a permanent injunction against future infringement, and any attorneys' fees incurred in obtaining the relief set forth in this paragraph.

Please note that I will be out of the country from June 28 through July 10.  During that period you can reach Ms. Sperry at Marcy@sperryiplaw.com should you have any questions.  We look forward to resolving this matter amicably within the next thirty days.

Please govern yourself accordingly.

Yours very truly,

Kirk W. Watkins, P.C.

Kirk W. Watkins

KWW/kww

Enclosure

cc:    Dr. Daniel Kirschenbaum
       Ms. Marcy Sperry, Sperry IP Law

## TEXT COMPARISONS BETWEEN WORKS

| The Copyrighted Work | The Infringing Works |
|---|---|
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 174<br><br>DEFINITION (heading, bottom of the page) "**A healthy obsession is a sustained preoccupation with the planning and execution of target behaviors to reach a healthy goal.**" (bold in the original). | *Brain Powered Wieght Loss*, Step 11, p. 209 (paper and audio versions)<br><br>"*Healthy Obsession: A preoccupation with the planning and execution of target behaviors used to reach a healthy goal.*" [italics in the original; subheading for the final chapter, "Step 11"] |
| *Athlete, Not Food Addict*, p. 174<br><br>"Knowing that your biology has turned against you and does not go on vacations…" | *Brain-Powered Weight Loss*<br><br>Step 2, p. 21 (paper and audio versions)"…Resistant Biology does not take a vacation."<br><br>Step 11, p. 213 (paper and audio versions) "…Resistant Biology never takes a vacation." |
| *Athlete, Not Food Addict*, p. 99<br><br> | *Brain-Powered Weight Loss*, Step 2, p. 20<br><br> |

## TEXT COMPARISONS BETWEEN WORKS

| The Copyrighted Work | The Infringing Works |
| --- | --- |
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 138<br><br>"Find lovable foods that love you back." | *Brain-Powered Weight Loss*, Step 6, p. 121 (paper and audio versions)<br><br>"Love foods that love you back." |
| *Athlete, Not Food Addict*, p. 108<br><br> | *Brain-Powered Weight Loss*, Step 1, p. 9 (paper)<br><br> |
| *Athlete, Not Food Addict*, pp. 109-110<br><br>"The Decision Balance Sheet should remain an active part of your weight control process. Please keep it handy or make copies so you can review it over and over." | *Brain-Powered Weight Loss*, Step 1, p. 8 (paper and audio versions)<br><br>"Keep this list in a prominent place where you can see it often." |
| *Athlete, Not Food Addict*, p. 154<br><br>4th of 8 "Keys to Eating to Lose Weight" is: "Stay calorie conscious." | *Brain-Powered Weight Loss*, Step 6, p. 109 (paper and audio versions)<br><br>"Principle No.3: Be Calorie Conscious at All Times" |

| TEXT COMPARISONS BETWEEN WORKS | |
|---|---|
| **The Copyrighted Work** | **The Infringing Works** |
| *Athlete, Not Food Addict*, published by New Horizon Press in 2014, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *Athlete, Not Food Addict*, p. 209<br><br>Table 11-2<br>"Hungry?"<br><br>• Eating by others (e.g., parties)<br>• Emotions (e.g., stress, anger, frustration, boredom, etc.)<br>• Presence of foods, particularly highly appealing and attractive foods<br>• Talking about food<br>• Time of day and normal routines<br>• Tiredness | *Brain Powered Wieght Loss*, Step 3, p. 45 (paper and audio versions)<br><br>"Is it Hunger of Habit?"<br><br>• Daily routines and habits<br>• Boredom<br>• Seeing and smelling food<br>• Talking about food<br>• Being in the presence of food<br>• Fatigue<br>• Time of day<br>• Celebratory events<br>• Being around sugary or fatty foods<br>• Difficult emotions, such as anger, anxiety, grief, and sadness |
| *Athlete, Not Food Addict*, pp. 209-210<br><br>"Five Steps to Keep Lapses from Becoming Relapses: 5th step: Move On." | *Brain-Powered Weight Loss, Step 9*, p. 163 (paper and audio versions)<br><br>"Step 9: Prevent a Lapse from Becoming a Relapse."<br><br>"Now, get back on track and move on." |

# TEXT COMPARISONS BETWEEN WORKS

| **The Copyrighted Work** | **The Infringing Works** |
|---|---|
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Lifelong Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *The 9 Truths about Weight Loss*, pp. 177-180<br><br>*Thirty High-Risk Situations and Thirty Coping Responses*<br><br>**Thirty High-Risk Situations** including:<br>• Getting home from work.<br>• Watching TV.<br>• Eating meals during the holidays (especially Halloween, Thanksgiving, Christmas, Hanukkah).<br>• Being in a bar, drinking alcoholic drinks.<br>• Wanting to eat something when only high-calorie foods are available.<br>• When you are bored.<br>• Picnics.<br>• Being at a party.<br>• Eating in a favorite restaurant.<br>• Attending business functions where food and drink are in abundance<br>• When someone brings high-fat foods into a meeting at your office (cookies, muffins, pizza).<br>• When you feel frustrated or angry.<br>• When you crave something specific like steak, French fries, real ice cream, or Oreos)."<br>*Only partial list included for comparison. | *Brain Powered Wieght Loss*, Step 6, pp. 193-195 (paper and audio versions - Note: Audio version is in designated Step but does not have page numbers)<br><br>"20 common high-risk scenarios and … [20] quick coping techniques."<br><br>"**Potential High-Risk Event** [sic]"  - including<br>• Watching television<br>• Going to a happy hour<br>• Going to a party or an event in which there is only alcohol to drink and high fat foods to eat<br>• Big restaurant portions<br>• Home alone with nothing to do<br>• …family picnics<br>• Coming home late from work…<br>• You're craving an addictive food and you can't get the taste or image out of your mind<br>• Attending a meeting where there is food and you don't want to dig in<br>• Someone pushes your buttons and you explode with anger<br><br>*Only partial list included for comparison. |

## TEXT COMPARISONS BETWEEN WORKS

| The Copyrighted Work | The Infringing Works |
|---|---|
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Lifelong Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |

| | |
|---|---|
| continued . . .<br><br>**Thirty Coping Responses** including:<br>• "Call or talk to someone (for example, a friend, brother sister)."<br>• "Keep a food diary." "Write an entry in a journal or diary . . ."<br>• "Eat some low-calorie snacks that will fill you up (for example, carrots, celery, plain popcorn)."<br>• "Spray breath freshener in your mouth or brush your teeth."<br>• "Tell yourself "Stop!"<br>• "Do something to relax (for example…take a shower or bath)"<br>• "Suggest going to a place that offers appropriate food choices."<br>• "Focus on an image of yourself as a thinner and healthier person who controls his or her eating very effectively."<br>• "Exercise" | continued . . .<br><br>"**Quick Coping Response**":<br>• "Call a friend…"<br>• "Keep on food jounaling"<br>• "Take your own low calorie popcorn…"<br>• "Carry breath freshener with you and take a spritz.  Or, if possible, go brush your teeth."<br>• "Stop. Cope. Choose. Stop"<br>• "…take a relaxing bath…"<br>• "Consult your list of 'go to' restaurants with your healthy options already picked out."<br>• "Now, refocus on an image of yourself as a healthier person who has met her goals." |

| | |
|---|---|
| *The 9 Truths about Weight Loss*, p. 86<br><br>"Most experts on helping people lose weight agree on at least one thing: Self-monitoring is the single most important aspect of weight control." | *Brain Powered Wieght Loss*, p. 106 (paper and audio versions)<br><br>"Study after study has found that the single most important tactic people use to achieve successful and sustained weight loss is to track their food and caloric intake in a food diary." |

| TEXT COMPARISONS BETWEEN WORKS | |
| --- | --- |
| **The Copyrighted Work** | **The Infringing Works** |
| *The 9 Truths about Weight Loss: The No-Tricks No-Nonsense Plan for Lifelong Weight Control*, published by Henry Holt and Company in 2000, copyright owned by Dr. Daniel Kirschenbaum. | *Brain-Powered Weight Loss*, paper version published by Rodale Press in 2017.<br><br>*Brain-Powered Weight Loss*, audio version published by Penguin Random House in 2017. |
| *The 9 Truths about Weight Loss*, p. 11<br><br>"When people develop excess weight, at any point in their lives, their **bodies become especially efficient and effective at maintaining higher than normal levels of fat.**" (emphasis added). | *Brain-Powered Weight Loss*, p. 23 (paper and audio versions)<br><br>"Every time you gain weight, lose, and gain again, your **body becomes more efficient and effective at maintaining higher-than-normal levels of fat** – that's why it's called Resistant Biology." (emphasis added). |
| | |