

**PAUL A. McGINLEY**
EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL
CHIEF ADMINISTRATIVE OFFICER

July 14, 2017

**VIA EMAIL ONLY** kwatkins@dzkl.com
Kirk W. Watkins, Esquire
Davis, Zipperman, Kirschenbaum & Lotito, LLP
918 Ponce De Leon Avenue, N.E.
Atlanta, GA 30306

RE:   **Dr. Kirschenbaum's Works**

Dear Mr. Watkins:

This letter serves as an initial response to your letter dated of June 22, 2017, and is sent on behalf of Rodale Inc. ("Rodale") and Penguin Random House LLC, publishers of Brain-Powered Weight Loss (the "Work") by Eliza Kingsford (the "Author"). With respect to your claims regarding the Work and The 9 Truths about Weight Loss: The No-Tricks, No-Nonsense Plan for Lifelong Weight Control, first published in 2000 ("9 Truths") and Athlete, Not Food Addict: Wellspring's Seven Steps to Weight Loss, first published in 2014 ("Athlete") by Dr. Daniel Kirschenbaum (collectively "Dr. Kirschenbaum's Works"), Rodale vehemently disagrees with your conclusions regarding copyright infringement or misappropriation of Dr. Kirschenbaum's Works.

In the Work, the Author cites particular studies by Dr. Kirschenbaum and others, but does not directly copy any language or data without attribution. The Author was certainly inspired by her work at Wellspring and related studies and publications, including The Wellspring Weight Loss Plan in 2011, authored by Dr. Kirschenbaum and focused on the cutting-edge work being done by Wellspring Academies and Camps. In fact, "healthy obsession" is a principle practiced at Wellspring, as it is one of the central tenets of weight loss programs at Wellspring's camps for its clients. Through two separate agreements between the Author and RiverMend Health ("RiverMend"), an affiliate of Wellspring Camps, in 2014 and an amendment in 2016, the Author made plain her intentions to publish the Work. RiverMend was well aware of Kingford's plans to publish and was supportive of her work in the area. As agreed upon by the parties, the Author provided the manuscript of the Work to RiverMend and received no objection. It is further worth noting that the Author reportedly has never read 9 Truths.

Thank you for providing the examples you believe to represent infringement in the Work. While we have identified some common themes, such as "healthy obsession" as preached at Wellspring, we disagree that any infringement has occurred. As you know, only an author's tangible expression of an idea is copyrightable; abstract ideas and concepts cannot be protected under copyright law. Furthermore, no author may claim ownership over factual material, including biochemical reactions to weight gain and loss, or the characteristics of adipose cellularity in an image (the third example in your list of Text Comparisons Between Works on page 5 of your letter) which can be found in countless other text books and studies. Similarly, the two references (on page 6 of the Text Comparisons) to recommendations to use, copy and prominently display a decisional balance sheet have their genesis in psychological studies dating back to as early as the 1970s and reported in the

Kirk W. Watkins, Esquire
July 14, 2017

writings of Irving Lester Janis and Leon Mann, among others. Finally, the last example in your list of Text Comparisons Between Works (on page 9 of your letter) features a reference in 9 Truths and in the Work to the value of monitoring one's food intake/keeping a food diary. This notion is not new in nutritional science or preventative medicine and can be found in multiple references, including on pages 89, 90 and 142 of Natural Weight Loss (Prevention Total Health System) by Rodale Press, first published in 1985.

Based upon the role of RiverMend in the Author's creation of the Work, the Author's diligence in adhering to the terms set forth between her and RiverMend regarding the Work, and the representative examples of the comparisons between the Work and Dr. Kirschenbaum's Works provided above, we believe that no copyright infringement has been committed by Rodale or Penguin Random House LLC. Please understand that, as a publishing company, we have great respect for intellectual property and understand its value to one's business, in addition to the deeply personal investment of authors in their works. After a comprehensive review of your letter and a discussion with the Author, we disagree with your assertions and hope that our analysis above serves to assuage your concerns about the works in question. If it does not, please do not hesitate to reach out to me to discuss this in greater detail.

The foregoing constitutes a brief response to the concerns that you have expressed, and does not constitute a full recitation of the facts or a waiver of any other defenses to any claims that may be asserted by any publisher or Dr. Kirschenbaum at any time. If you have questions about this matter, please feel free to contact me directly.

Very truly yours,

PAUL A. McGINLEY

PAMc/dld

cc: Amy DiVito, Esq., Senior Vice-President, Rodale Inc. (via email)
Matthew E. Martin, Esquire, Senior Vice President, Deputy General Counsel, Penguin Random House LLC (via email)